JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK DALE CONNER,<br><br>    Petitioner,<br><br>    v.<br><br>G. SWARTHOUT, et. al., Warden,<br><br>    Respondent. | Case No. CV 13-08770-TJH (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: <u>November 25, 2014</u>

_____
HONORABLE TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE